MOORE, APPELLANT, *v.* OHIO BUREAU OF MOTOR VEHICLES, APPELLEE.

[Cite as Moore v. Ohio Bur. of Motor Vehicles (1990), 54 Ohio St. 3d 55.]

(No. 89-2099—Submitted August 29, 1990—Decided October 3, 1990.)

*Thomas A. Mathews*, for appellant.

*Anthony J. Celebrezze, Jr.*, attorney general, and *Cheryl D. Minsterman*, for appellee.

The judgment of the court of appeals, having been certified to this court as being in conflict with the judgment of the Court of Appeals for Hamilton County in *Gatts* v. *State* (1984), 13 Ohio App. 3d 380, 13 OBR 463, 469 N.E. 2d 562, is hereby affirmed upon the authority of *Doyle* v. *Ohio Bur. of Motor Vehicles* (1990), 51 Ohio St. 3d 46, 554 N.E. 2d 97.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.